**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
SEAN W. McDONALD, Nevada State Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile:  (702) 968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiff, Laborers International Union of North America, Local 872*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 872,<br><br>Plaintiff,<br><br>v.<br><br>SAHARA CONCRETE, INC., a Nevada corporation,<br><br>Defendant. | Case No.: 2:13-cv-0845-GMN-PAL<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

    The Parties, having conferred in a Settlement Conference on February 28, 2014, and on March 6, 2014, before the Honorable Peggy Leen, Magistrate Judge, and having been able to reach a mutual settlement of this matter;

    IT IS HEREBY STIPULATED AND AGREED by Plaintiff, Laborers International Union of North America, Local 872 ("Local 872"), by and through its attorneys, The Urban Law Firm, and Defendant Sahara Concrete, Inc. ("Sahara"), by and through its attorney, James T. Winkler of Littler Mendelson, P.C., that this case be dismissed with prejudice, each side to bear its own attorney's fees and costs of suit.

/ / /

/ / /

1

1 | DATED this 6th day of May, 2014.     **THE URBAN LAW FIRM**

2 | */s/ Sean W. McDonald*
MICHAEL A. URBAN, Nevada State Bar No. 3875
3 | NATHAN R. RING, Nevada State Bar No. 12078
SEAN W. McDONALD, Nevada State Bar No. 12817
4 | 4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
5 | Telephone: (702) 968-8087
Facsimile:  (702) 968-8088
6 | murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
7 | smcdonald@theurbanlawfirm.com
*Attorneys for Plaintiff*

9 | DATED this 6th day of May, 2014.     **LITTLER MENDELSON, P.C.**

10 | */s/ James T. Winkler*
James T. Winkler, Esq., Nevada Bar No. 6536
11 | 3960 Howard Hughes Pkwy, Ste 300
Las Vegas, NV  89169
12 | 702.862.8800
Fax: 702.862.8811
13 | *Attorney for Defendant*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  05/06/2014**

2